IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| KENNETH J. KONIASJR., | ) | |
| Plaintiff, | ) ) ) | 2:19-CV-01530-CRE |
| vs. | ) ) | |
| PA DEPARTMENT OF CORRECTIONS, DONALD COLLINGS, LAWRENCE B. LEWIS, BETH RUDZIENSKI, DEBRA A. HAWKINBERRY, MARK V. CAPOZZA, FRANK SALVAY, JOHN E. WETZEL, LOIS ALLEN, | ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |

## **ORDER**

AND NOW, this 25th day of August, 2021, upon consideration of Defendants' motion to dismiss (ECF No. 41), it is HEREBY ORDERED that said motion is granted in part and denied in part. Defendants' motion is denied with respect to Plaintiff's ADA claim as it applies to Defendant DOC only and granted in all other respects.

Defendant DOC shall file an answer by September 8, 2021.

BY THE COURT:

s/Cynthia Reed Eddy
Chief United States Magistrate Judge