IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| KENNETH J. KONIAS JR., | ) | |
| | ) | |
| Plaintiff, | ) | 2:19-CV-01530-CRE |
| | ) | |
| vs. | ) | |
| | ) | |
| PA DEPARTMENT OF CORRECTIONS, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

## **ORDER**

AND NOW, this 12th day of September, 2023,

Upon consideration of Defendant's motion for summary judgment ECF No. 75, it is HEREBY ORDERED that said motion is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's motion for summary judgment, motion to appoint counsel and motion for temporary restraining order ECF Nos. 69, 79, 99 are DENIED.

A Fed. R. Civ. P. 58 Judgment Order follows.


BY THE COURT:

s/Cynthia Reed Eddy
United States Magistrate Judge


cc:    Kenneth J. Konias, Jr.
       LK6409
       SCI Fayette
       50 Overlook Drive
       LaBelle, PA 15450

       Counsel of record
       *via CM/ECF electronic filing*

1